**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

ARNOLD N. YOUNG,                    )
                                    )
          Petitioner,               )
                                    )
     v.                             )          Civil Action No. 13-0431 (RBW)
                                    )
UNITED STATES                       )
DEPARTMENT OF JUSTICE *et al*.,     )
                                    )
          Respondents.              )
_____     )

**MEMORANDUM OPINION**

This matter is before the Court on the Federal Respondents' Opposition to Petitioner's

Petition for a Writ of Habeas Corpus ("Gov't's Opp'n"), ECF No. 8. By Order issued on June

27, 2013, ECF No. 9, the petitioner was advised to reply to the government's opposition by July

29, 2013, or risk summary denial of the petition and dismissal of the case. The petitioner has

neither filed a response nor sought additional time to do so. The Court therefore will dismiss the

case on the respondents' uncontested arguments documenting to the Court's satisfaction why the

writ should not issue. *See* Gov't's Opp'n at 3-9; 28 U.S.C. § 2248 (2006) ("The allegations of . .

. an answer to an order to show cause in a habeas corpus proceeding, if not traversed, shall be

accepted as true except to the extent that the judge finds from the evidence that they are not

true."); *see also* Local Civil Rule 7(b) (unopposed dispositive motion may be treated as

conceded); *Slovinec v. Amer. Univ*., 520 F. Supp. 2d 107, 111 (D.D.C. 2007) (treating

uncontested arguments in a dispositive motion as conceded).[1]

                                             _____s/_____
                                             Reggie B. Walton
DATE:  November 8, 2013                      United States District Judge

_____

[1]   A separate final order accompanies this Memorandum Opinion.